UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMENDED
ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JULY
AND AUGUST, 2013, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of July and August, 2013. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 10-10644 WOLDING V. CLARK
2. 12-10734 GILLIS V. WELLS FARGO BANK, N.A.
3. 12-13345 STARDOCK SYSTEMS V. MISETA
4. 12-13657 SHATHAIA, ET.AL V. TRAVELERS CASUALTY INSURANCE CO. OF AMERICA

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 17, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 17, 2013, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**