UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARDOCK SYSTEMS, INC.,

       Plaintiff,                         No. 12-13345

v.                                   District Judge Patrick J. Duggan
                                      Magistrate Judge R. Steven Whalen

ALEXANDRA MISETA,

       Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on August 13, 2013, Plaintiff's Motion to Compel Deposition of Defendant [Doc. #30] is GRANTED. Defendant shall be deposed within 30 days of the date of this Order.

    IT IS SO ORDERED.


Dated: August 13, 2013            s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on August 13, 2013, electronically and/or by U.S. mail.

                                         s/Michael Williams
                                         Case Manager to the
                                         Honorable R. Steven Whalen