# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STARDOCK SYSTEMS, INC.,
a Michigan Corporation,

    Plaintiff,

v.

ALEXANDRA MISETA,
an individual,

    Defendant.

Case No. 2:12-cv-13345
Hon. Patrick J. Duggan

---

Paul P. Asker (P45098)
Stacy L. Jitianu (P74873)
ASKER PERLMUTER PLC
Attorneys for Plaintiff
32000 Northwestern Highway, Ste. 275
Farmington Hills, MI 48334
(248) 419-5400

Thomas R. Warnicke (P47148)
LAW OFFICES OF THOMAS R. WARNICKE, PLLC
Attorneys for Defendant
16291 W. 14 Mile Rd, Ste. 21,
Beverly Hills, MI 48025
(248) 930-4411

R. Mark Halligan
NIXON PEABODY LLP
Attorneys for Plaintiff
300 S. Riverside Plaza
16th Floor
Chicago, IL 60606
(312) 425-3970

---

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES TO ANY PARTY

    This matter having come before this Court upon the stipulation of the parties, as evidenced below by the electronic signatures of their duly authorized counsel, and this Court being otherwise fully advised in the premises:

1

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendants is dismissed with prejudice and without fees, costs, or attorney's fees being award to any party.

This Order resolves all pending claims and closes this case.

**IT IS SO ORDERED.**

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: September 20, 2013
I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, September 20, 2013, by electronic and or ordinary mail.
    s/Marilyn Orem
    Case Manager

**APPROVED AS TO FORM AND SUBSTANCE:**

| /s/ *Paul P. Asker* | /s/ *Thomas R. Warnicke* |
|---|---|
| Paul P. Asker (P45098) | Thomas R. Warnicke (P47148) |
| Stacy L. Jitianu (P74873) | LAW OFFICES OF THOMAS R. |
| ASKER PERLMUTER PLC | WARNICKE, PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 32000 Northwestern Highway, Ste. 275 | 16291 W. 14 Mile Road, Suite 21 |
| Farmington Hills, MI 48334 | Beverly Hills, MI 48025 |
| (248) 419-5400 | (248) 930-4411 |

/s/ *R. Mark Halligan*
R. Mark Halligan
NIXON PEABODY LLP
Attorneys for Plaintiff
300 S. Riverside Plaza
16th Floor
Chicago, IL 60606
(312) 425-3970